OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152          JUN 08 2015
MAILED FROM ZIP CODE

$ 00.27⁵

5/28/2015
HAINES, RODNEY STEVE    Tr. Ct. No. A05-2121        WR-83,380-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347790
1300 FM 655
ROSHARON, TX 77583

U TF